UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANDRE VANCE POWELL, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>AL C. PARKS, et al, )<br>)<br>Defendants. ) | 2:05-cv-239-RLY-WGH |

**Entry Discussing Plaintiff's Motion for Leave to File an Amended Complaint**

This cause is before the court on plaintiff Andre Vance Powell's motion for leave to file an amended complaint, filed on January 5, 2006. In such motion, the plaintiff seeks to revise or add claims against certain defendants in the original complaint, those being defendants Parks, Hinton, Atterson, Clingerman, and Monnett. The claims against these defendants were dismissed pursuant to 28 U.S.C. § 1915A(b) as legally insufficient in Part I of the Entry issued on December 19, 2005.

"While Rule 15(a) [of the *Federal Rules of Civil Procedure*] states that `leave shall be freely given when justice so requires,' the court should not allow the plaintiff to amend his complaint when to do so would be futile." *Moore v. Indiana*, 999 F.2d 1125, 1128 (7th Cir. 1993); 3 Moore & Freer, **Moore's Federal Practice** ¶15.15[3] (3d ed.1999) (an amendment is futile if it "merely restates the same facts as the original complaint in different terms, reasserts a claim on which the court previously ruled, fails to state a legal theory, or could not withstand a motion to dismiss") (citing *Ronzani v. Sanofi S.A.,* 899 F.2d 195, 198-99 (2d Cir. 1990)). The allegations set forth in the motion for leave to file an amended complaint do not support a viable claim. Accordingly, the proposed amendment would be futile, and the motion for leave to file an amended complaint is **denied.**

The claims which remain in this action for resolution continue to be the claims noted in Part II of the Entry issued on December 19, 2005.

**IT IS SO ORDERED.**

Date: 01/10/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Andre Vance Powell
DOC #951140
Putnamville Correctional Center
1500 West U.S. 40
Greencastle, IN 46135-9275

Officer Larry Atterson
Putnamville Correctional Center
1500 West U.S. 40
Greencastle, IN 46135-9275

Officer D. Clingerman
Putnamville Correctional Center
1500 West U.S. 40
Greencastle, IN 46135-9275